IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CONSOLIDATED INSURANCE COMPANY,

    Plaintiff,

vs.                               No. 3:12-cv-00690

JOE M. GILL FARM, INC.,
ROBERT D. CONYERS, JR.,
and NATIONWIDE INSURANCE
COMPANY,

    Defendants.

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Consolidated Insurance Company, and gives this Court notice that the parties to the underlying lawsuit, <u>Nationwide Insurance Company v. Robert D. Conyers, Jr. and Gill Farms, et al.</u>, docket number 2011-cv-1139, out of which the instant action arises, have reached an agreement to settle all matters in dispute. The proposed settlement is scheduled to be presented to the Circuit Court for Sumner County, Tennessee for approval on September 14, 2012. This settlement will obviate the need for the instant action, which seeks declaratory and other relief. Upon the Circuit Court's approval of the settlement, Plaintiff herein will file a notice of dismissal pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

BURCH, PORTER & JOHNSON, PLLC


    /s/ Stephen D. Crawley
Stephen D. Crawley (BPR #11454)
Mary C. Hamm (BPR #24464)
130 North Court Avenue
Memphis, Tennessee  38103
(901) 524-5000

*Attorneys for Plaintiff*
*Consolidated Insurance Company*


CERTIFICATE OF SERVICE

The undersigned hereby certifies that he mailed, via U.S. Mail, postage prepaid, a copy of the foregoing document to the following on September 4, 2012:

D. Brett Burrow, Esq.
BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLCF
611 Commerce Street, Suite 2600
Post Office Box 23890
Nashville, Tennessee  37202-3890
(615) 256-8787

Attorney for Nationwide Insurance Company

Jason Denton, Esq.
ROCHELLE, McCULLOCH & AULDS, PLLC
109 North Castle Heights Avenue
Lebanon, Tennessee  37087
(615) 444-1433

Attorney for Robert D. Conyers, Jr.

2

Robert R. Davies, Esq.
DAVIES, HUMPHREYS, HORTON & REESE, PLC
150 2nd Avenue N., Suite 225
Nashville, Tennessee 37201
(615) 256-8125

Attorney for Gill Farms

                /s/ Stephen D. Crawley