# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

**CONSOLIDATED INSURANCE COMPANY,**

    **Plaintiff,**

vs.                                  No. 3:12-cv-00690

**JOE M. GILL FARM, INC.,
ROBERT D. CONYERS, JR.,
and NATIONWIDE INSURANCE
COMPANY,**

    **Defendants.**

## PLAINTIFF'S NOTICE OF DISMISSAL AS TO ALL DEFENDANTS

Comes now Plaintiff, Consolidated Insurance Company, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice it is hereby dismissing the instant cause as to all Defendants, none of whom has served either an answer or a motion for summary judgment in this matter.

                                                 Respectfully submitted,

                                                 BURCH, PORTER & JOHNSON, PLLC

                                                 /s/ Stephen D. Crawley
                                                 Stephen D. Crawley (BPR #11454)
                                                 Mary C. Hamm (BPR #24464)
                                                 130 North Court Avenue
                                                 Memphis, Tennessee 38103
                                                 (901) 524-5000

                                                 *Attorneys for Plaintiff*
                                                 *Consolidated Insurance Company*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he mailed, via U.S. Mail, postage prepaid, a copy of the foregoing document to the following on September 28, 2012:

D. Brett Burrow, Esq.
BREWER, KRAUSE, BROOKS,
CHASTAIN & BURROW, PLLCF
611 Commerce Street, Suite 2600
Post Office Box 23890
Nashville, Tennessee  37202-3890
(615) 256-8787

Attorney for Nationwide Insurance Company


Jason Denton, Esq.
ROCHELLE, McCULLOCH & AULDS, PLLC
109 North Castle Heights Avenue
Lebanon, Tennessee  37087
(615) 444-1433

Attorney for Robert D. Conyers, Jr.


Robert R. Davies, Esq.
DAVIES, HUMPHREYS, HORTON & REESE, PLC
150 2nd Avenue N., Suite 225
Nashville, Tennessee  37201
(615) 256-8125

Attorney for Gill Farms

                                              /s/ Stephen D. Crawley